FILED
NOV 9 2005

RECEIVED
NOV - 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Tenth Floor
San Francisco, California 94102
Telephone:     (415) 436-6909
Facsimile:     (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
Ellen Weiss, M.D., Open Door
Community Health Centers, Connie Frugoni, M.D.,
And United Indian Health Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY COLLVER, and JEREMY RAYMOND, a minor,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN WEISS, CORINNE FRUGONI, NATHAN COPPLE, OPEND DOOR COMMUNITY HEALTH CENTER MEDICAL CLINIC, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY DEPARTMENT OF HEALTH SERVICES, AND STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AND DOES 1 TO 50,<br><br>Defendants. | No. C 05-4018 MHP<br><br>**MOTION FOR MISCELLANEOUS RELIEF UNDER LOCAL RULE 7-11; DECLARATION OF JONATHAN U. LEE; ~~PROPOSED~~ ORDER** |

## INTRODUCTION AND RELIEF REQUESTED

This is a medical malpractice action removed from Humboldt County Superior Court on October 6, 2005. The initial case management conference has been set by the Court for February 6, 2006 at 4:00 p.m. The Court's Standing Order, paragraph 4, states that no motion to dismiss

MOTION FOR MISCELLANEOUS RELIEF; PROPOSED ORDER
C 05-4018 MHP                     -1-

1  may be filed before the initial case management conference without permission of the Court.
2  Because this case involves claims against entities deemed to have status as federal agencies,
3  plaintiff's claim must be made under the Federal Tort Claims Act, which itself requires a pre-
4  litigation administrative claim. <u>Because no such claim has been presented by plaintiffs before
5  litigation, this Court does not have subject matter jurisdiction over the plaintiffs' claims against
6  the Federal Defendants. For this reason, in order to reach a determination of this threshold issue,
7  the Federal Defendants request leave of Court to file a motion to dismiss immediately.</u>

8  Before filing this application, the undersigned counsel of record requested by letter and
9  telephone message that plaintiffs' counsel dismiss the Federal Defendants.

## CONCLUSION

Under Civil Local Rule 7-11, Federal Defendants Ellen Weiss, M.D., Open Door Community Health Centers, Connie Frugoni, M.D., and United Indian Health Services, Inc. respectfully request that the Court grant this motion and enter the attached order.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: November 3, 2005

By: __/s/__
JONATHAN U. LEE
Assistant United States Attorney

## DECLARATION OF JONATHAN U. LEE

I, JONATHAN U. LEE, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in California and to appear before this Court. I am the counsel of record in the captioned matter and I am familiar with the pleadings, discovery and files in this action. I make this declaration from my own personal knowledge. If called as a witness, I could and would competently testify to the contents of this declaration.

2. On October 5, 2005, I caused the notice of removal in this matter to be filed in this Court. The removal was made on behalf of Ellen Weiss, M.D. and Open Door Community Health Center.

3. We provided notice of the removal by proof of service on plaintiff's counsel Craig Boeger dated October 6, 2005. By separate proof of service, we provided notice to all defendants the same day.

4. During the middle of October, I received a telephone call from Steven Brady, introducing himself as the new lead counsel for plaintiff. Mr. Brady informed me that Mr. Boeger stated he did not receive a copy of the removal pleadings.

5. On October 27, 2005, I sent a letter to Mr. Brady enclosing the Certificate of Service evidencing service of the removal pleadings on Mr. Boeger. My letter also requested that plaintiffs dismiss this action as premature for failure to file any pre-suit administrative claim.

6. Today, I followed up with a phone call to Mr. Brady's office and left a message asking for his position on the viability of this suit. As of this writing, I have not received any response to my letter or phone message.

7. Attached hereto as Exhibit A is a true and correct copy of my clients' proposed motion to dismiss.

8. Attached hereto as Exhibit B is a true and correct copy of two declarations: (1) Declaration of Richard Bergeron signed September 12, 2005 and (2) Declaration of Richard Bergeron signed October 13, 2005.

9. Attached hereto as Exhibit C is a true and correct copy of my October 27, 2005 letter to Mr. Brady with enclosure.

I declare under penalty of perjury that the foregoing is true and accurate and that I have executed this declaration on November 3, 2005 in San Francisco, California.

/s/
JONATHAN U. LEE
Assistant United States Attorney

# [PROPOSED] ORDER

For good cause shown, the Court hereby grants leave to moving parties to file the motion to dismiss. The Court will issue a hearing date and briefing schedule.

SO ORDERED.

Dated: November 7th, 2005

_____
Hon. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

MOTION FOR MISCELLANEOUS RELIEF; PROPOSED ORDER
C 05-4018 MHP                                           -4-