KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
Ellen Weiss, M.D., Open Door
Community Health Centers, Connie Frugoni, M.D.,
And United Indian Health Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WESLEY COLLVER, and JEREMY RAYMOND, a minor,<br><br>    Plaintiff,<br><br>v.<br><br>ELLEN WEISS, CORINNE FRUGONI, NATHAN COPPLE, OPEN DOOR COMMUNITY HEALTH CENTER MEDICAL CLINIC, PACIFIC HEART GROUP, INC., DAVID PLOSS, JAMES QUILLEN, COUNTY OF HUMBOLDT, HUMBOLDT COUNTY DEPARTMENT OF HEALTH SERVICES, AND STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, AND DOES 1 TO 50,<br><br>    Defendants. | No. C 05-4018 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
No. C 05-4018 MHP

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiffs Wesley Collver and Jeremy Raymond, a minor, and Defendants Ellen Weiss, M.D., Open Door Community Health Centers, Connie Frugoni, M.D., and United Indian Health Services, Inc., stipulate and agree by and through their attorneys of record as follows:

1. On October 5, 2005, Defendants Ellen Weiss and Open Door Community Health Centers filed a notice of removal, removing plaintiff's lawsuit from Humboldt County Superior Court to this Court;

2. On November 3, 2005, Defendants Weiss, Open Door Community Health Centers, Connie Frugoni and United Indian Health Services, Inc. ("moving defendants") filed a motion for miscellaneous relief under Civil Local Rule 7-11 seeking permission of the Court to file a motion to dismiss for lack of subject matter jurisdiction on the grounds that plaintiffs failed to present administrative claims against moving defendants before initiating this litigation;

3. On November 9, 2005, the Court issued an order granting the miscellaneous relief sought by moving defendants' November 3rd motion under Rule 7-11;

4. Per the Court's instructions, the moving defendants' motion to dismiss was set for hearing on December 19, 2005;

5. On November 9, 2005, moving parties filed and served the motion to dismiss;

6. On November 9, 2005, counsel for plaintiffs Steve Brady, Esq. contacted counsel for moving defendants, Assistant U.S. Attorney Jonathan Lee, by telephone to confirm that in light of the motion to dismiss plaintiffs were dismissing moving defendants and to request that Mr. Lee prepare the instant pleading;

7. No other parties have entered appearances in this Court relating to this action; and

8. In light of the foregoing, Plaintiffs Wesley Collver and Jeremy Raymond hereby consent to dismiss Defendants Ellen Weiss, M.D., Open Door Community Health Centers, Connie Frugoni, M.D., and United Indian Health Services, Inc. without

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
No. C 05-4018 MHP

1  prejudice. Each party will bear its own fees and costs.

2  Dated: November 10, 2005                    LAW OFFICES OF STEVEN J. BRADY

3  _____
   STEVEN J. BRADY, ESQ
4  Attorneys for Plaintiffs Wesley Collver
   and Jeremy Raymond

6  Dated: November 10, 2005                    KEVIN V. RYAN
7                                              United States Attorney

8  _____
   JONATHAN U. LEE
9  Assistant United States Attorney
   Attorneys for Defendant USA

11                            [PROPOSED] ORDER

12       PURSUANT TO STIPULATION, IT IS SO ORDERED

14  Dated _____            _____
                                         THE HONORABLE MARILYN HALL PATEL
15                                       United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
No. C 05-4018 MHP
                                    3

| | |
|---|---|
| 1 | prejudice.  Each party will bear its own fees and costs. |
| 2 | Dated: November 10, 2005      LAW OFFICES OF STEVEN J. BRADY |

STEVEN J. BRADY, ESQ.
Attorneys for Plaintiffs Wesley Collver
and Jeremy Raymond

Dated: November 15, 2005

KEVIN V. RYAN
United States Attorney

_/s/ Jonathan U. Lee_
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant USA

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/16/2005

THE HONORABLE MARILYN H. PATEL
United States District Court

*Judge Marilyn H. Patel*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
No. C 05-4018 MHP

3